**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Edwin Alvarez v. The State of Texas

Appellate case number:   01-14-00915-CR

Trial court case number:  11-DCR-058577A

Trial court:                    268th District Court of Fort Bend County

Appellant's Motion to Supplement the Appellate Record is **denied**. Appellant's Third Motion for Extension of Time Within Which to File Appellate Brief is **granted**. Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6. Absent extraordinary circumstances, no further extensions will be granted. It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                ☒ Acting individually     ☐ Acting for the Court

Date: August 13, 2015